# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ALBERT ANDRY, III

VERSUS

JONAS ROBERTSON; RENAISSANCE
GROUP; RENAISSANCE GROUP,
INC., RENAISSANCE, INC., THE
CHURCH OF ABUNDANT LIFE OF
HARVEY, LLC; LANE FRANKS;
TRENT FRANKS; LIBERTY
PETROLEUM CORPORATION;
RICHARD HOFFMAN; DIKEMBE
MUTOMBO; MARYAN ALI; CAMERON
GAMBLE; ROBERT VAUGHN; PETER
TRAIGLE; CASTLEROCK FINANCE

NO.   2023 CW 0282

**JUNE 21, 2023**

In Re:     Jonas Robertson and Church of Abundant Life at Harvey,
           applying for supervisory writs, 21st Judicial District
           Court, Parish of Tangipahoa, No. 20210001874.

**BEFORE:   GUIDRY, C.J., WELCH AND LANIER, JJ.**

   **WRIT DENIED.**

                              JMG
                              JEW
                              WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT